UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jaheim Chapman-Green

_____
Write the full name of each plaintiff.

24 CV 1449

CV
(Include case number if one has been assigned)

Amended
COMPLAINT

-against-

City of New York
and Mark A. Matias

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

Do you want a jury trial?
☑Yes    ☐ No

2024 MAR 14 PM 1:37
RECEIVED PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

### A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
§634.48 General (b) 32 CFR § 634.49 Standards for impoundment. (a)

My 1st, 4th, 5th, 13th, and 14th  amendment rights were violated; wrongful arrest, failure to read my rights, failure to bring me before a magistrate judge; Wrongful search and seizures; damage personal property. See attached.


### B.    If you checked Diversity of Citizenship

#### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ Jaheim Chapman-Green _____ , is a citizen of the State of
(Plaintiff's name)

New York
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:  Mark A. Matias and

The defendant, City of New York is incorporated under the laws of

the State of    New York

and has its principal place of business in the State of   New York

or is incorporated under the laws of (foreign state)   New York

and has its principal place of business in   New York .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Jaheim                    A              Chapman - Green
First Name          Middle Initial          Last Name

2181 Madison ave Apt 9h
Street Address

New York              New York       10037
County, City               State            Zip Code

_____        _____
Telephone Number              Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    City of New York

First Name                              Last Name

City Of New York

Current Job Title (or other identifying information)

92|6 147th Pl

Current Work Address (or other address where defendant may be served)

Queen                    N Y              11435

County, City                          State                          Zip Code

Defendant 2:    Mark    Matias

First Name                              Last Name

Police Officer

Current Job Title (or other identifying information)

257 Alexander ave, Bronx

Current Work Address (or other address where defendant may be served)

Bronx                    New York        10454

County, City                          State                          Zip Code

Defendant 3:

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 4:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was sitting in my private automobile, parked where I've encountered NYPD Officers who have willingly deprived me of my constitutional rights, stolen my property, stop my phone from recording, assaulted me and wrongfully arrested with excessive force, has failed to recite my rights before bringing me into custody and has failed to bring me before a magistrate judge, and has written false tickets.

Officers has deprived me of my 4th amendment right.
Officer claims I've been idiling for over 3 minutes but did not present proof of such claim. Officer has abused their authority and brutally dragged me out of my private automobile. My car was searched without my consent and I was told by officer that consent wasn't needed even though they've acknowledge that I was exercising my 4th amendment right. My video was then stopped abruptly and unlawfully by another officer which deprives me of my 1st amendment right.

My parked car was then towed by a towing company and not by a local authority to the best of my beliefs, this towing also goes against 32 CFR § 634.48 – General, (b) The vehicle owner's constitutional rights to due process, freedom from unreasonable search and seizure, and freedom from deprivation of private property.

A video link will be attached as exhibit A along with tickets.

These tickets are also a in violation of U.S. Code § 35 - Imparting or conveying false information.

Officers infringed upon my freedom of movement by the unlawful  seizure of my property. Title 18, U.S.C., Section 241 - Conspiracy Against Rights, Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law and Title 18, U.S.C., Section 245 Federally Protected Activities 2. e. a traveler or user of any facility of interstate commerce or common carrier. Please see attached information for complaint continued. On February 7, 2024 I appeared to (criminal court) where the action against me was short dismissed due to NYPD 'S failure to provide and acceptable accusatory instrument. See Exhibit B for criminal appearance ticket and order from the court. With the documentation presented in Exhibit B, it further shows that I was not a suspect of a crime and was deprived of my private property without due process of law. The act committed is in violation of my 4th and 5th amendment rights.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional distress, deprivation of liberty and happiness, deprived of my constitutional rights.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I Jaheim Chapman-Green respectfully ask this court for an order of USD 20,000,000.00 Due to the emotional damages caused upon me due to the violation of my constitutional rights, order that my private property be returned in the conditions before the seizure and whatever reward the court deems reasonable and just.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 03/14/24 | _Jaheim Chapman_ |
| Dated | Plaintiff's Signature |
| Jaheim            A | Chapman-Green |
| First Name        Middle Initial | Last Name |
| 2181 Madison ave Apt 9h | |
| Street Address | |
| New York | New York          10037 |
| County, City | State          Zip Code |
| 929 360 7998 | JaheimChapman2@Gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# ATTACHED

# DOCUMENTS

1

I, JAHEIM CHAPMAN GREEN, was sitting in my private automobile parked (586 Morris Ave bronx, NY 10451) at approximately 5:19 pm and was approached by officers (Mark a. Matias badge number # 9142 ) and was asked to give my identification and was accused of idling for the past 3 minutes. I replied to the officer (Mark a. Matias) That I do not believe that I am committing a crime and I am exercising my **4th amendment right** by not giving identification. Officer (Mark a. Matias), then opened my private automobile lock and forcefully dragged me out of my private automobile, placed me in handcuffs with use of excessive force and stated that he has the authority to do so. Officers then began to conduct a search of my private automobile with no probable cause or reasonable suspicion nor was there a warrant presented to me, or consent given to the officers by me, prior to the search. Mark a. Matias stated that consent was not needed for the search. My private property was then wrongfully seized in violation of **section 634.48 general(b) and 32 CFR SECTION 634.49 standards for impoundment. (a), Title 18, U.S.C., Section 241 - Conspiracy Against Rights**

**Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law,**

**Title 18, U.S.C., Section 245 - Federally Protected Activities 2. e. a traveler or user of any facility of interstate commerce or common carrier., § 634.49 Standards for impoundment. (a) POVs should not be impounded unless the vehicles clearly interfere with ongoing Implied consent.**

**B – Driving Privileges§ 634.8 Implied consent.**

**while driving or in physical control of a motor vehicle on military installations to determine the influence of intoxicants. (b) Implied consent to impoundment.**

**§ 634.52 Search incident to impoundment based on criminal activity. (b)** These acts are a violation of my **4th and 5th amendment rights,** due to the reasoning that I was not secured in my property; was wrongfully dragged out of my private automobile; wrongfully accused of a false crime that I did not commit; wrongful seizure of my private property in violation of 32 CFR section 634.48(b) . To the best of my Knowledge, beliefs, and evidence presented, officer's body worn cameras were operating from the time of the interaction due to the red light flashing as it can be seen in the video of them searching my property in which the video was shortly stopped by (officer) which is in violation of my **1st amendment right annexed as Exhibit A Wrongful arrest.**

Officers then went into my wallet without my consent violating my 4th amendment right and committed fraud against me by writing false tickets and a criminal complaint against me which is against **12 CFR § 1022.3 - Definitions (h) Identity theft means a fraud committed or attempted using the identifying information**

**of another person without authority and 18 U.S. Code § 35 – Imparting or conveying false information (a) (b).**

I was then brought to the station; placed in a cell; was deprived of my religious beads by having one of the officers aggressively snatch them off of my neck which is in violation of my 1st amendment right. I explained to the officer that it cannot be touched and was insulted and ignored. I am a victim of verbal abuse and racial profiling. Officers have failed to bring me to a magistrate judge for this matter which is a due process violation and in violation of my **5th amendment right.**

I was then provided with false handwritten criminal complaints and traffic tickets. The criminal complaint alleged that I've been idling for over 3 minutes and a criminal appearance ticket dated February 07, 2024 for me to appear. The tickets stated that I was operating without insurance even though my private vehicle was not in motion and that the vehicle was unregistered. These tickets presented in **Exhibit B** are referring me to enter contracts that will waive my **4th and 5th amendment rights** to be secured in my private property and receive compensation for my private property as it will be entered into the public's database. Such a contract will require me to pay for registration fees, a new title, and monthly insurance which contradicts my **5th amendment right** to  compensation of my private property being brought into the public. Enforcing such contracts is in violation of my **13th amendment right** with respect to the **18 U.S.C Section 31**

4

**(6) and (10).** My private property is for personal use and not used to carry passengers and transport goods in exchange for a fee.

On February 07, 2024 I appeared in criminal court where I was told that the action against me was dismissed due to NYPD'S failure to provide an acceptable accusatory instrument. NYPD has also failed to establish personal jurisdiction with the respect to CRIMINAL COURT OF THE CITY OF NEW YORK COUNTY OF BRONX 1 CENTRE STREET NEW YORK, NY 10007 labeling me as undomiciled. **See Exhibit B For Criminal Appearance Ticket, Written tickets, and Order From The Court.** I then went to the precinct that wrongfully seized my private property and showed proof of ownership and order from the court. I was then denied my request for my private property to be returned based on policy and not state or federal laws. **See Exhibit A For Video Link For Denial Of Returning Personal Property part 1 and part 2**

NYPD is in violation of **42 U.S. Code § 3617 - Interference, coercion, or intimidation** By wrongfully seizing my property by forcing labor I do not consent to which is infringing upon my **13 Amendment right**. Wrongfully arresting me and placing me behind bars without seeing or speaking to a magistrate judge which is a due process violation of the **4th, 5th, and 14th Amendment**. NYS DMV is

participating in the International Registration Plan. According to **49 U.S. Code § 31701 – Definitions the International Registration Plan is for commercial vehicles.** I am not seeking for any opportunities in NY state that involves the usage of my personal property as it states, in the name for New York State DMV, "NEW YORK STATE OF OPPORTUNITIES" This plan was also developed by the American Association of Motor Vehicle which is a nonprofit association. See

https://www.aamva.org/about

**Exhibit C will provide DMV MV-82 (7/22) VEHICLE REGISTRATION/TITLE APPLICATION for NEW YORK STATE OF OPPORTUNITIES Department Of Motor Vehicles, instructions for Abandoned And Unclaimed Vehicles and New York State of Opportunities Department Of Motor Vehicles International Registration Plan.**

I believe that NYPD is in violation of **5 U.S. Code § 552 – Public information; agency rules, opinions, orders, records, and proceedings** due to the unnecessary wait time for my request of public information. On January 21, 2024 I've submitted a request for Body cam of officer Mark A. Matias Badge #9142 date: 01/20/2024 time: 5:19pm to 11:40pm. I've received a response stating that, "The agency is working on a response." The expected due date for a response is 06/04/2024 after

the date of the criminal appearance. NYPD is silent as to whether or not I'll receive the information sought. It is in belief based on facts and evidence that NYPD's intentions are to commit fraud against me, steal my property for profit, and disregard all due processes of law which is against the **4th, 5th, and 14th Amendment. See Exhibit D for request for information.**

With all the following statements, facts, and information presented, I believe that I have been racially profiled and a victim of verbal, physical, and mental abuse. I Jaheim Chapman-Green respectfully ask this court for an order of USD 20,000,000.00 Due to the emotional damages caused upon me due to the violation of my constitutional rights, order that my private property be returned in the conditions before the seizure and whatever reward the court deems reasonable and just.

# EXHIBIT

# A

VIDEO LINKS

**Wrongful Arrest**

https://youtu.be/m-NHjX7HCN0?si=KGOVic2bY8mNYeGc

**Denial Of Returning Personal Property Part 1**

https://youtu.be/dJUvgJg0-ng?si=obRATem8_DKSOwJf

**Denial Of Returning Personal Property Part 2**

https://youtube.com/shorts/e3LLDowk1mc?si=Fy-norWyGuUmPYAB

# EXHIBIT

# B

# DESK APPEARANCE TICKET



You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

## YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 02/09/2024 | ☑ 9:00 A.M. ☐ 2:00 P.M.<br>☐ 11:00 A.M. ☐ 5:00 P.M. | 215 EAST 161 STREET, BRONX, NY 10451 | BRONX | DAT |

Offense Charged
PL 195.05

Additional Instructions
BRING ID

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

| Signature Of Defendant | Date | Time | Refused to Sign |
|---|---|---|---|
| | 01/20/2024 | 2100 | ☑ |

## THE PEOPLE OF THE STATE OF NEW YORK vs.

| Defendant's Name | Age | Date of Birth |
|---|---|---|
| CHAPMAN-GREEN, JAHEIM | 22 | 11/02/2001 |

Residence Address
2181 MADISON AVENUE, 9H, MANHATTAN, NY

Preferred Mailing Address

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| REFUSED | REFUSED | REFUSED | REFUSED |

## ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD | | |
|---|---|---|---|---|---|
| 040 | 040-00825 | B24603270 | | | |

| Photographed By | | Fingerprinted | Date | Time |
|---|---|---|---|---|
| 972782 MATIAS | PO | ☑ Yes ☐ No | 01/20/2024 | 21:30:00 |

| Arresting Officer (print rank/name) | Tax Reg. No. | Shield | Cmd. | Agency |
|---|---|---|---|---|
| PO/MATIAS | 972782 | 9142 | 040 | N.Y. POLICE DEPT |

| Arresting Officer Signature | Date | Squad |
|---|---|---|
| | 01/20/24 | SM |

| Desk Officer (print rank/name) | Desk Officer Signature | Tax Reg. No. | Command |
|---|---|---|---|
| SGT/BRIGGS | | 933555 | 040 |

DISTRIBUTION
ORIGINAL – Defendant's Copy  1ST COPY – Fax Terminal  2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)  3RD COPY – Precinct File

DESK APPEARANCE TICKET    PD 260-121 (Rev. 11-19)

# USED CAR BILL OF SALE

**CAR SELLER**

Name   Alassan Doukoure

Address   148 W 142nd St

I hereby certify that I am the lawful owner and have full authority to sell the following vehicle.

**CAR DETAILS**

Make   Ford

Model   500

Year   2006

VIN   1FAFP26IXGG150480

Mileage   147210

**CAR BUYER**

Name   Jaheim A Chapman-Green

Address   Rural free Delivery Non Domestic

**PRICE PAID**

$ 1550   PAID IN FULL

I hereby acknowledge the receipt of $ 1550 from Jaheim Chapman as full payment for the purchase of the above vehicle, which is sold "AS IS".

_____   _____
Seller's signature   Buyer's signature

01 - 19 - 23   01 - 19 - 23
Date   Date

CRC-3206 (07/17)

## Complaint/Information
### The People of The State of New York vs.

**Name** *(Last, First, MI)*: CHAPMAN-GREEN   JAHEIM

**Date of Birth** *(mm/dd/yy)*: 11/02/2001

**Street Address**: 2181 MADISON AVE

**Apt. No.**: 9H

**City**: NEW YORK

**State**: NY

**Zip Code**: 10037

**Cell Phone Number** *(Write N/A or Refused if not provided)*: ( )

**Home Phone Number** *(Write N/A or Refused if not provided)*: ( )

**Court Appearance Date** *(mm/dd/yy)*: 02/07/2024   at: 9:30 a.m.
*(Ensure correct return date is entered)*

**The court appearance location:** ○ Other *(specify)* _____

○ Bronx Criminal Court   ○ Kings & New York Criminal Court   ○ Midtown Community Court   ○ Redhook Community Justice Center   ○ Queens Criminal Court   ○ Richmond Criminal Court

**ID/License Number**: 251 595 062

**State**: NY

**Type/Class**: D

**Expires** *(mm/dd/yy)*: 11/02/2025

**Race**: ○ White  ● Black  ○ Hisp. White  ○ Hisp. Black  ○ Am. Ind./Alaskan Native  ○ Asian/Pacific Is.

**Sex**: M  **Ht**: 5'11  **Wt**: 200  **Eyes**: BRO  **Hair**: BRO  **Plate/Reg**: BROOKLYN

**Reg State**: NY  **Expires** *(mm/dd/yy)*: N/S  **Plate Type**: PAS  **Veh Type**: 4DR  **Make**: FORD  **Year**: 2006  **Color**: BLK

### The Person Described Above is Charged as Follows:

**Title of Offense:** IDLE ENGINE MORE THAN 3 MINUTES

**Time 24 Hour** *(hh:mm)*: 2006  **Date of Offense** *(mm/dd/yy)*: 01/20/2024  **County**: BRONX

**Place of Occurrence**: I/F/O 586 MORRIS AVE  **Precinct**: 40

**In Violation of Section**: 24-163 (A)  **Subsection**: □ VTL  ■ Admin Code  □ Penal Law  □ Park Rules  □ Other

**Factual Allegations** *(describe how the offense was committed, OR complete reverse)*:
AT TPO THE UNDERSIGNED DID
OBSERVE DEFT BEHIND THE WHEEL OF
LISTED VEHICLE WITH KEY IN THE IGNITION
AND ENGINE IDLING FOR MORE THAN
THREE MINUTES.

**NYPD CODE**: □ 1  □ 2  ■ 3  □ 4   **ICAD #**: _____

**Defendant stated in my presence** *(In substance)*:

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

**Complainant's Full Name Printed**: MATIAS

**Rank/Full Signature of Complainant**: PO

**Date Affirmed** *(mm/dd/yy)*: 01/30/24

**Tax Registry #**: 977782

**Agency**: NYPD

**Command Code**: 40

ORIGINAL

4452956376



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
1 CENTRE STREET
NEW YORK, NY 10007

Feb 07, 2024                                    SUMMONS #  4452956376

RE: CHAPMAN, JAHEIM

As of the above referenced date,  the  NYPD has failed to file a legally
acceptable accusatory instrument with this court.  There is no need for you to return to court on
the summons number referenced above.

## RETAIN THIS NOTICE FOR YOUR RECORDS

_____

A partir de la fecha referido arriba, el  NYPD ha fallado en radicar un documento
accusatorio legalmente acceptable con este tribnal.  No es necessario que usted regrese a la corte con
referencia al numero del caso anteriormente indicado.

## RETENGA ESTE COMPROBANTE EN SUS ARCHIVOS

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF  BRONX
1 CENTRE STREET
NEW YORK, NY 10007

JAHEIM CHAPMAN
UNDOMICILED

## New York State - Department of Motor Vehicles
### TRAFFIC TICKET

**LOCAL POLICE CODE** 040

**B24W000836**

**POLICE AGENCY** NEW YORK CITY POLICE DEPARTMENT

| LAST NAME | FIRST NAME | M.I. |
|---|---|---|
| CHAPMAN GREEN | JAHEIM | |

| NUMBER & STREET ADDRESS | APT. NO. | PHOTO LIC SHOWN |
|---|---|---|
| 2181 MADISON AVENUE | 9H | ☑ YES ☐ NO |

| CITY | STATE | ZIP CODE | OWNER IS OPER | LIC CLASS | ID TYPE |
|---|---|---|---|---|---|
| MANHATTAN | NY | 10037 | ☐ YES ☑ NO | D | |

| I.D. NUMBER | SEX | DATE OF BIRTH |
|---|---|---|
| 251595062 | M | 11/02/2001 |

| STATE | LICENSE EXPIRES | VEH TYPE | VEH YEAR | VEH MAKE | VEH COLOR |
|---|---|---|---|---|---|
| NY | 11/02/2023 | PASSENGER | 2006 | FORD | BLACK |

| PLATE # | REGISTRATION STATE | REGISTRATION EXPIRES |
|---|---|---|
| BROOKLYN | NY | |

### THIS PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| TIME (24HOUR) | DATE OF OFFENSE | LAW |
|---|---|---|
| 20:25 | 01/20/2024 | VTL |

| IN VIOLATION OF: ( SECTION AND SUBDIVISION ) | TR INF | MISD | MPH | MPH ZONE |
|---|---|---|---|---|
| 319(1) | ☑ | ☐ | | |

| DESCRIPTION / NARRATIVE | US DOT# |
|---|---|
| OPERATING WITHOUT INSURANCE | |

| CDL VEH | BUS | HAZ MAT |
|---|---|---|
| | | |

| PLACE OF OCCURRENCE | HWY # | LOC CODE |
|---|---|---|
| N/B 586 MORRIS AVENUE | | 7050 |

| CITY | COUNTY | PRECINCT | HWY TYPE | NCIC |
|---|---|---|---|---|
| BRONX | BRONX | 040 | | 03030 |

| OFFICER'S NAME | OFFICER I.D. # | COMMAND |
|---|---|---|
| PO M MATIAS | 972782 | 040 |

| OFFICER'S SIGNATURE | DATE AFFIRMED |
|---|---|
| | 01/20/2024 |

| | ARREST TYPE | |
|---|---|---|
| | PATROL | |

| RADAR OFFICER'S NAME | OFFICER I.D. # | COMMAND |
|---|---|---|
| | | |

**YOU MUST PLEAD GUILTY OR NOT GUILTY WITHIN 15 DAYS OF THE DATE OF THE OFFENSE; FAILURE TO DO SO WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.**

ENTER A PLEA BY FOLLOWING THE INSTRUCTIONS ON THE OTHER SIDE.

**NOTE:** YOU MUST HAVE A SCHEDULED HEARING OR A RESERVATION TO VISIT A TVB OFFICE; WALK IN CUSTOMERS ARE NOT ACCEPTED

TRAFFIC VIOLATIONS BUREAU GENERAL INFORMATION LINE (718) 488-5710

MOTORIST COPY - TRAFFIC VIOLATIONS BUREAU

**B24W000836**

---

You may plead guilty or not guilty and schedule a hearing online for most violations at www.dmv.ny.gov/eplead.htm.

* Complete and SIGN the Plea Notice below. Mail within 15 days (with your payment if pleading guilty) to:
TRAFFIC VIOLATIONS PLEA UNIT, P.O. BOX 2950-ESP, ALBANY, NY 12220-0950.
* Only credit cards, or checks or money orders payable to the Department of Motor Vehicles, are accepted.
* Tickets for equipment violations may only be dismissed if you mail a receipt for repair, showing that the repair was made within one business day of the violation.

Fines could be higher if you plead NOT GUILTY and are then found GUILTY at hearing, or when appearing before a judge, even to plead guilty. The total amount includes the fine and all applicable surcharges and CANNOT be reduced. Surcharges are $88, except for equipment violations which are $58.

### BICYCLE VIOLATIONS HAVE NO SURCHARGES OR POINTS.

#### VIOLATIONS

| | | | Speeding | Speeding in School Zone | Speeding in Work Zone |
|---|---|---|---|---|---|
| NYC Bicycle Red light | $190 | | | | |
| Seat Belt | $138 | 1-10 MPH over limit | $148 | $208 | $258 |
| Cell Phone/Texting | $138 | 11-30 MPH over limit | $203* | $318 | $368 |
| Disobeyed Traffic Control Device | $138 | | | | |
| Equipment | $98 | *If 31 MPH or more over limit, you must appear in person. | | | |
| Most other violations | $138 | | | | |

| Red Light Offense | | Unlicensed or Unregistered | | Uninspected Vehicle | |
|---|---|---|---|---|---|
| within 18 months | | 60 Days or Less | $128 | 60 Days or Less | $123 |
| 1st Offense | $278 | Over 60 Days | $183 | Over 60 Days | $153 |
| 2nd Offense | $463 | | | | |
| 3rd Offense | $1028 | | | | |

**NOTE:** You will be notified of a balance due if a particular violation requires a higher fine, if you owe additional fees, if the amount of your payment is insufficient or if you are required to appear in person.

**I, THE UNDERSIGNED, PLEAD:** ☐ GUILTY ☐ NOT GUILTY

If you are pleading GUILTY, it is the same as being found guilty by a judge. In either case, you may be required to pay a fine and, in addition, your driver license and/or registration may be suspended or revoked as prescribed by law. If your guilty plea results in your having 6 or more points on your driver record for violations committed during an 18-month period, a Driver Responsibility Assessment will be imposed. For more information, visit our website at www.dmv.ny.gov. For some violations, you are required to appear in person even if you wish to plead guilty. You may be eligible for a payment plan. Check this box if you wish to apply for a payment plan. ☐

If you are pleading NOT GUILTY, you will be notified by mail of your hearing date, time and location.

Print Name _____ Phone# _____

Signature _____ Date _____

Street _____

City _____ State _____ Zip Code _____

**IMPORTANT:** If you are a NYS Resident, You must go to dmv.ny.gov/address-change/how-to-change-your-address to update your address

| Credit Card Number _____ | Amount _____ |
|---|---|
| Name As It Appears On Card _____ | |
| Cardholder Signature _____ | Expiration Date _____ |

TRAFFIC VIOLATION BUREAU UT-60 (6/21)

UT-60 (6/21)

New York State - Department of Motor Vehicles
TRAFFIC TICKET

LOCAL POLICE CODE
040

You may plead guilty or not guilty and schedule a hearing online for most violations at www.dmv.ny.gov/eplead.htm.

**B24W000831**

POLICE AGENCY
NEW YORK CITY POLICE DEPARTMENT

- Complete and SIGN the Plea Notice below. Mail within 15 days (with your payment if pleading guilty) to:
  TRAFFIC VIOLATIONS PLEA UNIT, P.O BOX 2950-ESP, ALBANY, NY 12220-0950.
- Only credit cards, or checks or money orders payable to the Department of Motor Vehicles, are accepted.
- Tickets for equipment violations may only be dismissed if you mail a receipt for repair, showing that the repair was made within one business day of the violation.

| LAST NAME | FIRST NAME | M.I. |
|---|---|---|
| CHAPMAN GREEN | JAHEIM | |

| NUMBER & STREET ADDRESS | APT. NO. | PHOTO LIC SHOWN |
|---|---|---|
| 2181 MADISON AVENUE | 9H | ☑ YES ☐ NO |

| CITY | STATE | ZIP CODE | OWNER IS OPER | LIC CLASS/ID TYPE |
|---|---|---|---|---|
| MANHATTAN | NY | 10037 | ☑ YES ☐ NO | D |

| I.D. NUMBER | SEX | DATE OF BIRTH |
|---|---|---|
| 251595062 | M | 11/02/2001 |

Fines could be higher if you plead NOT GUILTY and are then found GUILTY at hearing, or when appearing before a judge and CANNOT be reduced. Surcharges are $88, fine and all applicable surcharges and CANNOT be reduced. Surcharges are $88, except for equipment violations which are $58.

BICYCLE VIOLATIONS HAVE NO SURCHARGES OR POINTS.

| STATE | LICENSE EXPIRES | VEH TYPE | VEH YEAR | VEH MAKE | VEH COLOR |
|---|---|---|---|---|---|
| NY | 11/02/2023 | PASSENGER | 2006 | FORD | BLACK |

| PLATE # | REGISTRATION STATE | REGISTRATION EXPIRES |
|---|---|---|
| BROOKLYN | NY | |

THIS PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| TIME (24HOUR) | DATE OF OFFENSE | LAW |
|---|---|---|
| 20:25 | 01/20/2024 | VTL |

| IN VIOLATION OF: ( SECTION AND SUBDIVISION ) | TR INF | MISD | MPH | MPH ZONE |
|---|---|---|---|---|
| 401 (1) (A) | ☑ | ☐ | | |

| DESCRIPTION / NARRATIVE |
|---|
| UNREGISTERED MOTOR VEHICLE |

US DOT#

| PLACE OF OCCURRENCE | | HWY # | LOC CODE |
|---|---|---|---|
| N/B 586 MORRIS AVENUE | | | 7050 |

| CITY | COUNTY | PRECINCT | HWY CODE | NCIC |
|---|---|---|---|---|
| BRONX | BRONX | 040 | | 03030 |

| OFFICER'S NAME | OFFICER I.D. # | COMMAND |
|---|---|---|
| PO M MATIAS | 972782 | 040 |

| OFFICER'S SIGNATURE | DATE AFFIRMED |
|---|---|
| | 01/20/2024 |

| | ARREST TYPE |
|---|---|
| | PATROL |

| RADAR OFFICER'S NAME | OFFICER I.D. # | COMMAND |
|---|---|---|

VIOLATIONS

| | | Speeding | Speeding In School Zone | Speeding In Work Zone |
|---|---|---|---|---|
| NYC Bicycle Red light | $190 | | | |
| Seat Belt | $138 | 1-10 MPH over limit | $148 | $208 | $258 |
| Cell Phone/Texting | $138 | 11-30 MPH over limit | $203* | $318 | $368 |
| Disobeyed Traffic Control Device | $138 | | | |
| Equipment | $88 | *If 31 MPH or more over limit, you must appear in person. | | |
| Most other violations | $138 | | | |

| Red Light Offenses within 18 months | | Unlicensed or Unregistered | Uninspected Vehicle |
|---|---|---|---|
| 1st Offense | $278 | 60 Days or Less $128 | 60 Days or Less $123 |
| 2nd Offense | $463 | Over 60 Days $183 | Over 60 Days $153 |
| 3rd Offense | $1028 | | |

NOTE: You will be notified of a balance due if a particular violation requires a higher fine, if you owe additional fees, if the amount of your payment is insufficient or if you are required to appear in person.

I, THE UNDERSIGNED, PLEAD: ☐ GUILTY ☐ NOT GUILTY

If you are pleading GUILTY, it is the same as being found guilty by a judge. In either case, you may be required to pay a fine and, in addition, your driver license and/or registration may be suspended or revoked as prescribed by law. If your guilty plea results in your having 6 or more points on your driver record for violations committed during an 18-month period, a Driver Responsibility Assessment will be imposed. For some information, visit our website at www.dmv.ny.gov. For some violations, you are required to appear in person even if you wish to plead guilty. You may be eligible for a payment plan. Check this box if you wish to apply for a payment plan. ☐

If you are pleading NOT GUILTY, you will be notified by mail of your hearing date, time and location.

Print Name _____ Phone# _____

Signature _____ Date _____

☐ Check Here, if Residence Changed from Above

Street _____

City _____ State _____ Zip Code _____

IMPORTANT: If you are a NYS Resident, You must go to dmv.ny.gov/address-change/how-to-change-your-address to update your address

YOU MUST PLEAD GUILTY OR NOT GUILTY WITHIN 15 DAYS OF THE DATE OF THE OFFENSE; FAILURE TO DO SO WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

ENTER A PLEA BY FOLLOWING THE INSTRUCTIONS ON THE OTHER SIDE.

**NOTE:** YOU MUST HAVE A SCHEDULED HEARING OR A RESERVATION TO VISIT A TVB OFFICE; WALK IN CUSTOMERS ARE NOT ACCEPTED

| Credit Card Number | | Amount |
|---|---|---|
| Name As It Appears On Card | | |
| Cardholder Signature | | Expiration Date |

TRAFFIC VIOLATIONS BUREAU GENERAL INFORMATION LINE (718) 488-5710

MOTORIST COPY - TRAFFIC VIOLATIONS BUREAU

**B24W000831**

UT-60 (6/21)



**NYPD Property Clerk Invoice**
PD 521-141(Rev.12/18)



Invoice No. **2001310580**

| Invoicing Command | Invoice Status |
|---|---|
| **40TH PRECINCT** | **OPEN** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **01/20/2024** | **VEHICLE/BOAT** | **DETERMINE TRUE OWNER** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | 972782 | 040 PRECINCT | OCME EU No. |
| Arresting Officer | | | 972782 | 040 PRECINCT | OCME FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |
| Owner Notified By | | | | Date | Time: |
| How the Owner was Notified: | | | | | |

**Vehicle Details**

| | | | |
|---|---|---|---|
| Vehicle Year: **2006** | Make: **FORD** | Model: **FIVE HUNDRED(500)** | Type: **4 DOOR SEDAN** | Color: **BLACK** |
| VIN: **1FAFP261X6G150480** | No. of Lic. Plates: **NONE** | Lic. Plate No.: **BROOKLYN** | Lic. Plate State: **NEW YORK** |
| Certificate of Inspection No.: | Inspection State: **NEW YORK** | Year: **2024** | Vehicle Running: **Yes** |
| Sticker No.: **6960377** | | | |
| Additional Description: **DTO** | | | |
| Damage/Defacement Description: **DENTS AND SCRATCHES** | | | |

Location Vehicle Recovered From:

| Time: | Date: | Personal Property Removed: **Yes** |
|---|---|---|

Recovery Location:

**ADA Details**

| ADA Office | Last Name | First Name | Tel No. |
|---|---|---|---|

**REMARKS**

972782 01/20/2024 20:43 : DTO

933555 01/20/2024 23:04 : Supervisor - correct invoice

933555 01/20/2024 23:08 : Invoice Approved By 933555

| Date of Incident, | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 01/20/2024 | | | | YES |
| 01/20/2024 | OBSTRUCT GOVERNMENTL ADMIN-2ND | MISDEMEANOR | N/A | N/A |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No /Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | CHAPMAN-GREEN, JAHEIM | 11/02/2001 | 22 | 2181 MADISON AVENUE 9H NEW YORK, NY | B24603270 | |



Invoice No. **2001310580**



## NYPD Property Clerk Invoice
PD 521-141(Rev 12-18)



**Invoice No. 2001310580**

Complaint No. **N/A**

Related Comp No.(s) **N/A**

Aided/Accident No.(s) **N/A**

Related Invoice(s) **N/A**

**Inspection Details**

Inspection No: **890000559806**     Inspection Date: **01/20/2024 20:45**

Inspection Description: **INVOICING INSPECTION**     Inspection Officer: **972782**

Battery: **YES**     Tires: **04**     Airbags: **NONE**     Navigation System: **NO**

Radio: **AM/FM**     Additional Audio Equipment: **NONE**     Special Wheels: **NONE**     Wheel Covers: **NONE**

Keys With Vehicle: **IGNITION & TRUNK**     Trunk: **OPEN**     Glove Compartment: **OPEN**     Internal Condition: **POOR**

External Condition: **POOR**     Other: **NONE**     Odometer Reading: **TRUE MILEAGE UNKNOWN**

Missing/Damaged Parts:

Additional Equipment/Accessories:

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 972782 | 040 PRECINCT | 01/20/2024 | 20:43 |
| | | | 972782 | 040 PRECINCT | 01/20/2024 | 20:48 |
| Invoicing Officer | | | | | | |
| Approved By | | | 933555 | 040 PRECINCT | 01/20/2024 | 23:08 |
| Approved By | | | 933555 | 040 PRECINCT | 01/20/2024 | 23:08 |



**Invoice No. 2001310580**

Prisoner/ Finder/ Owner Copy
printed: 01/24/2024 16:53

PCD Storage No.

Page No.2 of 4



# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)



Invoice No. **2001310580**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property Clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

## DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 — 3 months
b. Property having a value of $100 but less than $500 — 6 months
c. Property having a value of $500 but less than $5000 — 1 year
d. Property having a value of $5000 or more — 3 years

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days . A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at....

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 8:00 AM and 2:00 PM

If vehicle is involved, contact the following:
SPRINGFIELD GARDENS AUTO POUND    174-20 North Boundary Road, Queens, NY    718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **2001310580**

Prisoner/ Finder/ Owner Copy
printed: 01/24/2024 16:53

PCD Storage No.

Page No.3 of 4



**NYPD Property Clerk Invoice**
PD 521-141(Rev 12/18)



Invoice No. **2001310580**

### AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una carta notarizada, presente, en persona, o por correo la factura y la identificación apropiada (una (1) identificación con foto expedida por el gobierno además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

### PRUEBA DE ARRESTO, PRUEBA DE ADN DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la reclamación por el propietario puede ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer el departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede ser adicionalmente requerida de una Declaración de Ejecución Civil, antes de ser entregada.

### INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de Investigación se destruirá después de un (1) un año, a menos que lo solicite el oficial investigador.

### PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

### PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes períodos de tiempo (a menos que se le entregó anteriormente al propietario):
a. Propiedad con un valor de menos de $100 — 3 meses
b. Propiedad con un valor de $100 pero menos de $500 — 6 meses
c. Propiedad con un valor de $500 pero menos de $5,000 — 1 año
d. Propiedad con un valor de $5,000 o más — 3 años

### CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

### PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifican como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un período de 90 días. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar su propiedad. Para información relacionada a la propiedad que usted le entregó a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 11 Front Street | 718-624-5364 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 8:00 AM a 2:00 PM

Si un vehículo está implicado, contacte el siguiente:
SPRINGFIELD GARDENS AUTO POUND    174-20 North Boundary Road, Queens, NY    718-553-9555
Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **2001310580**

**Prisoner/ Finder/ Owner Copy**
printed: 01/24/2024 16:53

PCD Storage No.
---
Page No.4 of 4

# EXHIBIT

# C



**Department of Motor Vehicles**

Published on *New York DMV* (<u>https://dmv.ny.gov</u>)

<u>Home</u> > Printer-friendly > Abandoned and unclaimed vehicles

## How do I dispose of an abandoned or unclaimed vehicle?

There are specific definitions of an abandoned and an unclaimed vehicle. Determine which definition applies to you, then see instructions:

- An ***abandoned vehicle*** is a motor vehicle that has been left unattended on the property of another for more than 96 hours, if it was left without the permission of the owner.

- An ***unclaimed vehicle*** is a motor vehicle, other than an impounded vehicle, that is being held by an automotive-related business and that may be lawfully released by the business to the customer upon payment for the reasonable charges for repairs, towing, and/or storage, as applicable. If an automotive-related business tows or stores an abandoned vehicle at the request of a police officer, and the local authority does not choose to exercise its right to take custody and ownership of the vehicle as prescribed by §1224 of the New York State Vehicle and Traffic Law, then such motor vehicle will be considered an unclaimed vehicle.

**Note:** Before you dispose of an unclaimed or abandoned vehicle, contact your local police agency to verify that the vehicle has **not been reported as stolen**.

## Dispose of an abandoned vehicle

First contact the ***local authority*** [1] that has jurisdiction over the abandoned vehicle. Local authorities are authorized to take custody of any abandoned vehicle in their jurisdiction, whether abandoned on public or private property.

If the local authority does not choose to exercise its authority to take custody and ownership of the abandoned vehicle, you may do one of the following, as appropriate:

If the motor vehicle

- has a **wholesale value of $1,250 or less**, and
- is **10 or more model years old** and
- has been abandoned for **at least one month**

you can transfer the vehicle to a registered vehicle dismantler or itinerant vehicle collector. Use the <u>Statement of Abandoned Vehicle (PDF)</u> [1] (MV-37). To calculate the first eligible model year, subtract 9 from the current calendar year. For example, 2010 minus 9 equals 2001, and eligible model years would be 2001 and older.

If the motor vehicle does not meet all of the preceding requirements, ask your local police agency to give a towing company an authorization to tow the vehicle away from your property.

## Dispose of an unclaimed vehicle

You may dispose of an *unclaimed vehicle* by following the appropriate procedures for filing a Garageman's Lien. The procedures are described in the Instructions and Requirements for Filing New York State Garageman's Liens (PDF) [2] (MV-901C) .

If you are filing a Garageman's Lien for unpaid charges for towing and storage, and the wholesale value of the motor vehicle is **less than $500**, you can use the abbreviated procedure described in the Instructions and Requirements for Completing MV-901DI (PDF) [3], and the Garageman's Certification and Bill of Sale for Vehicles Worth Less Than $500 (PDF) [4] (MV-901D) .

---

1.    1. A local authority is the city, town, or village in which a vehicle is abandoned (a county may act as the agent for a local authority within that county). However, if a vehicle is abandoned on property owned by the New York State Thruway Authority, the Office of Parks, Recreation and Historic Preservation, the New York State Department of Transportation, or a local authority or commission, such authority or commission is the local authority.

**NEW YORK STATE OF OPPORTUNITY. Department of Motor Vehicles**

# VEHICLE REGISTRATION/TITLE APPLICATION
*PRINT CLEARLY IN BLUE OR BLACK INK*

**Office Use Only**

Class ☐

Batch ☐

File No. ___

Three of Name ___

☐ Activity    ☐ Renewal
☐ Activity W/RR    ☐ Renew W/RR
☐ Orig    ☐ Lease Buyout
☐ Dup    ☐ Sales Tax with Title
☐ Sales Tax Only without Title

## INSTRUCTIONS

**A. Is this vehicle being registered only for personal use?** ☐ Yes ☐ No

If YES - Complete sections **1-4** of this form.

**Note:** If this vehicle is a **pick-up** truck that is never used for commercial purposes and does not have advertising on any part of the truck, you are eligible for passenger plates or commercial plates.

**Select one:** ☐ **Passenger Plates**   ☐ **Commercial Plates**

If NO - Complete sections **1-5** of this form.

B. Complete the Certification in Section 6.

C. Refer to form MV-82.1 Registering/Titling a Vehicle in New York State for information to complete this form.

## SECTION 1

**I WANT TO:**  ☐ REGISTER A VEHICLE    ☐ RENEW A REGISTRATION    ☐ GET A TITLE ONLY
☐ CHANGE A REGISTRATION    ☐ REPLACE LOST OR DAMAGED ITEMS    ☐ TRANSFER PLATES

Current Plate Number ___

**NAME OF PRIMARY REGISTRANT** *(Last, First, Middle or Business Name)*

Name Change Yes ☐ No ☐

**FORMER NAME** *(If name was changed you must present proof)*

**NYS driver license ID number of PRIMARY REGISTRANT**

**DATE OF BIRTH** Month / Day / Year

**SEX** M ☐ F ☐ X ☐

**TELEPHONE or MOBILE PHONE NUMBER** Area Code ( )

**NAME OF CO-REGISTRANT** *(Last, First, Middle)*

Name Change Yes ☐ No ☐

**EMAIL**

**NYS driver license ID number of CO-REGISTRANT**

**DATE OF BIRTH** Month / Day / Year

**SEX** M ☐ F ☐ X ☐

**ADDRESS CHANGE?** ☐ YES ☐ NO

**THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL** *(Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)*

Apt. No. | City or Town | State | Zip Code | County of Residence

**THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS** *(DO NOT GIVE A P.O. BOX.)*

Apt. No. | City or Town | State | Zip Code

## SECTION 2

**VEHICLE IDENTIFICATION NUMBER**

**VEHICLE DESCRIPTION** Year | Make

**Body Type** *(mark one)*
☐ 2-Door    ☐ Convertible    ☐ Trailer
☐ 4-Door    ☐ Suburban/SUV    ☐ Motorcycle
☐ Pick-up    ☐ Limo    ☐ Tow
☐ Van    ☐ Other ___

Color | Unladen Weight

**Type of Power (Fuel)**
☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None ☐ Other ___

Cylinders | *For trailers & commercial vehicles* Maximum Gross Weight | Adult Seating Capacity (Including Driver) | Odometer Reading in Miles | **Office Use Only** Mileage Brand ☐ A ☐ E ☐ N | *For commercial vehicles* Axles | Distance

Is this vehicle a limousine, stretch limousine or otherwise altered to increase seating capacity? . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐ No ☐

If YES, include a picture of the required Federal Alterer's Safety Certification (normally found on the driver's door or door post) in accordance with VTL §401.

If YES, is this limousine, stretch limousine or otherwise altered vehicle equipped with safety belts at all occupant seating positions? . . . . . . Yes ☐ No ☐

**IMPORTANT:** If your vehicle is a limousine, stretch limousine or otherwise altered to increase the seating capacity, you must present to the DMV office a photograph or copy of all labels or plates (normally found on the driver's door or door post). If the vehicle is a limousine, stretch limousine or otherwise altered and now has an adult seating capacity of 9 or more (including the driver), you must show the original NYS DOT Inspection Receipt OR A NYS DOT Exemption Letter.

## SECTION 3

**If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.**

**PRIMARY OWNER NYS License Number** | **NAME OF PRIMARY OWNER** *(Last, First, Middle)* | **PRIMARY OWNER DATE OF BIRTH** Month / Day / Year | **PRIMARY OWNER SEX** M ☐ F ☐ X ☐

**THE ADDRESS WHERE PRIMARY OWNER GETS MAIL** *(Include the Street Number and Name, Rural Delivery or box number)*

Apt. No. | City or Town | State | Zip Code | County

**NAME OF CO-OWNER**

**REGISTRATION AUTHORIZATION** ☐ My signature authorizes the person(s) named in Section 1 to register this vehicle in that person's name. I have provided the current ownership document.

X ___

*(Signature of ALL owner(s) and proof of ID required when first applying for a NYS title. See form ID-82 - Proofs of Identity for Registration and Title.)* (Date)

### OFFICE USE ONLY

New Plate | | New Class | | Ins. Co. Code | | Special Conditions
Sales Tax | Status | Value ($) | Rate | Out of State | Jurisdiction | | Audit | AT  BV  CF  CO  EO  EX  FL
Prior Owner | | | Issuance State | Title | Lien | Lien Number | | Lien Release | IO  NE  NF  NR  NU  OP  OV
Proof Submitted | | | | | | | | | PA  PI  PK  RC  RE  SC  SO
| | | | | | | | | SP  SR  SS  SV  TE  TL  TO
| | | | | | | | | TP  TR  TX  XR  X6  WO

NAME OF PRIMARY REGISTRANT *(Last, First, Middle or Business Name)*

**SECTION 4**

### DAMAGE DISCLOSURE

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?  ☐ Yes  ☐ No

**If you marked YES,** the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.

### VEHICLE MODIFICATIONS

Has this vehicle been modified from the original manufacturer specifications without extending the chassis or lengthening the wheel base? (Examples include: color changes, added seats, permanently mounted camping equipment, multi-stage vehicles.) If "Yes," describe the modifications:  ☐ Yes  ☐ No

_____

_____

**SECTION 5**

### NON-PERSONAL VEHICLE USE

\* Vehicles that transport passengers may require NYS DOT Operating Authority (see https://www.dot.ny.gov/divisions/operating/osss/bus/passenger), NYS DOT Inspection (see https://www.dot.ny.gov/divisions/operating/osss/bus/inspection) and/or be subject to Article 19-A requirements (see https://dmv.ny.gov/motor-carriers/information-and-forms-article-19).

Check one:

☐ A commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds

☐ Ambulette\*

☐ Operates as a taxi\* (you **must** complete the "Taxis Only" section below)

☐ Used only as a farm vehicle (form MV-260F, Part 1 **must** be submitted)

☐ Hearse

☐ Rented without a driver (private rental)

☐ Used only as an agricultural truck or agricultural trailer

☐ Combination Hearse/Invalid Coach\*

☐ Used to pick up passengers for compensation **only** in jurisdictions that do not regulate taxis\*

☐ Ambulance

☐ Used to transport passengers\* (Bus, Livery, School Bus, School Car)

☐ Other - describe the use:

_____

### INSURANCE REQUIREMENTS

☐ For Hire (direct or indirect compensation) - Submit an FH Certificate

☐ DOT Operation - Submit and record the NYS DOT Permit and/or the Federal DOT Permit number:

_____

☐ Not For Hire - Submit a current and valid NYS Insurance ID Card

### TAXIS ONLY (check one)

☐ Vehicle is used in New York City, Westchester, or Nassau counties.

☐ Vehicle is used for pick up in a jurisdiction that regulates taxis **other than** NYC, Westchester, or Nassau county.

☐ Vehicle is used as a contract carrier in NYC (commuter van with seating capacity between 9 and 14). You are eligible for LIVERY plates.

**SECTION 6**

### CERTIFICATION

I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection, or has qualified for a time extension (form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

**WARNING:** Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.

Print Name Here _____

*(Print Name in Full - if registering for a corporation, print your full name and title)*

Print Additional Name Here _____

*(Print Name in Full)*

Sign Here X _____

*(Sign Here)*

Additional Signature X _____

*(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)*



Published on *New York DMV* (https://dmv.ny.gov)

Home > Printer-friendly > International Registration Plan (IRP)

The International Registration Plan (IRP) is a registration agreement between all of the states in the continental United States, the District of Columbia and all the Canadian provinces. The IRP allows for the registration of commercial vehicles that travel in two or more of these jurisdictions.

An IRP registrant pays registration fees in one jurisdiction and receives IRP registrations, apportioned plates and cab cards from one jurisdiction. The cab cards list all of the jurisdictions where the vehicles can operate. The fees are shared (apportioned) by the jurisdictions where the vehicles operate. The fees are divided based on the percentage of fleet miles the vehicles operate in each jurisdiction.

For a list of the jurisdictions that are members of the IRP, see the NY State IRP Manual (pdf) [1].

For more information about the IRP, visit the website of IRP, Inc. [2]

## You can get an IRP registration if

- a vehicle operates in two or more jurisdictions that participate in the International Registration Plan
- the vehicle is designed or used to transport persons for hire or to transport property
- the vehicle is
  - a power unit that has two or more axles and a gross vehicle weight (GVW) of more than 26,000 pounds
  - a power unit of any weight that has three or more axles
  - used in a vehicle combination and the GVW of the combination is more than 26,000 pounds

If you choose not to obtain IRP registrations, and your vehicle meets or exceeds the criteria above, you will have to purchase trip permits for each vehicle to enter other IRP jurisdictions.

## Exempt from the IRP apportioned registration requirements

- recreational vehicles
- vehicles that display restricted plates [1]
- vehicles owned by government agencies
- trailers

1.    1. Not all jurisdictions recognize New York State restricted plates. You should contact each jurisdiction in which you intend to travel for their requirements.

# EXHIBIT

# D

# open
# RECORDS



## Your request has been submitted!    ✕

You can expect an acknowledgment from the City of
New York within 5 business days. The agency will use
the contact information you provided.

All messages from the City of New York and/or the
information and documents you requested will be
posted to this page.

### FOIL-2024-056-01828


Title:
*Under Review*



# FOIL-2024-056-01828

**Title:**

Body cam of officer Mark A. Matias
Badge #9142 date : 01/20/2024 time:
5:19pm to 11:40pm



## New York City Police Department (NYPD)

**Due Date:**

06/04/2024

Contact the Agency

# Responses

The agency is working on a response.