UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAHEIM CHAPMAN-GREEN,

                Plaintiff,

v.

CITY OF NEW YORK and MARK A. MATIAS,

                Defendants.

24-CV-1449 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On June 10, 2024, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. *See* ECF Nos. 17, 18. Plaintiff's opposition to that motion, if any, was due on June 24, 2024. *See* Local Rule 6.1(b). To the extent that Plaintiff seeks to oppose Defendant's motion to dismiss, he shall do so by November 8, 2024. If he chooses not to, the Court will decide the unopposed motion. *See Townsend v. Clemons*, No. 12-CV-03434, 2013 WL 818662, at *3 (S.D.N.Y. Jan. 30, 2013), *report and recommendation adopted*, No. 12 CIV. 03434, 2013 WL 868605 (S.D.N.Y. Mar. 4, 2013).

    Regardless, Plaintiff must advise the Court by November 1, 2024 whether he intends to proceed further in this action. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, together with copies of Defendants' motion to dismiss, ECF No. 17, and supporting memorandum of law, ECF No. 18.

SO ORDERED.

Dated:    October 9, 2024
             New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge