UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHEIM CHAPMAN-GREEN,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK and MARK A. MATIAS,<br><br>       Defendants. | 24-CV-1449 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On June 10, 2024, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. *See* ECF Nos. 17, 18. Plaintiff's opposition to that motion, if any, was initially due on June 24, 2024. *See* Local Rule 6.1(b). On October 9, 2024, the Court extended Plaintiff's time to oppose the motion to November 8, 2024, and directed the plaintiff to advise the Court by November 1, 2024 whether he intends to proceed further in this action. *See* ECF No. 21. To date, Plaintiff has neither filed an opposition to the motion to dismiss nor advised the Court whether he intends to proceed.

  Plaintiff must advise the Court by December 2, 2024 whether he intends to proceed further in this action. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  November 15, 2024
     New York, New York

                         _____
                         Ronnie Abrams
                         United States District Judge