UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHEIM CHAPMAN-GREEN,<br><br>                  Plaintiff,<br><br>              v.<br><br>CITY OF NEW YORK and MARK A. MATIAS,<br><br>                  Defendants. | 24-CV-1449 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On June 10, 2024, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. *See* ECF Nos. 17, 18. Plaintiff's opposition to that motion, if any, was initially due on June 24, 2024. *See* Local Rule 6.1(b). On October 9, 2024, the Court extended Plaintiff's time to oppose the motion to November 8, 2024, and directed Plaintiff to advise the Court by November 1, 2024 whether he intends to proceed further in this action. *See* ECF No. 21. Plaintiff failed to do so, and on November 15, 2024, the Court directed him to advise the Court by December 2, 2024 whether he intends to proceed further in this action. *See* ECF No. 22. To date, Plaintiff has neither filed an opposition to the motion to dismiss nor advised the Court whether he intends to proceed.

      Plaintiff must advise the Court by December 13, 2024 whether he intends to proceed further in this action. **Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).**

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    December 4, 2024
             New York, New York

                                                                                      _____
                                                                         Ronnie Abrams
                                                                         United States District Judge